IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TIMOTHY DEAN WILLIAMS                                                                 PLAINTIFF

v.                                     Case No. 6:20-cv-6139

DARREL BLOUNT                                                                         DEFENDANT

## JUDGMENT

Before the Court is Plaintiff Timothy Williams's Motion for Default Judgment (ECF No. 14). The Court finds that no response is necessary, and that the matter is ripe for consideration.

For the reasons discussed in the Court's order on even date, the Court finds that Plaintiff's Motion for Default Judgment (ECF No. 14) should be and hereby is **GRANTED**. Judgment is hereby entered in favor of Plaintiff Timothy Dean Williams against Defendant Darrel Blount in the amount of $1,000 in statutory damages and $2,860 in actual damages. The total damages awarded equal $3,860. The Court also awards Plaintiff attorney fees of $1,950.

**IT IS SO ORDERED**, this 17th day of November, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge